Arnold A. **BECK**, Edgar J. Ruof, John Nedelk, Ralph J. Hurley, and Steven R. Smithberger, Appellants,

v.

Ian L. **STIMSON**, Richard J. Miller, and Graham Carrier, Appellees.

No. 00–1333.

United States Court of Appeals, Federal Circuit.

Feb. 8, 2001.

Before GAJARSA and LINN, Circuit Judges, FRIEDMAN, Senior Circuit Judge.

*Judgment*

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R.36.

**JURASSIC STONE COMPANY,**
Appellant,

v.

**SOLNHOFEN NATURAL STONE, INC.,** Appellee.

No. 00–1329.

United States Court of Appeals, Federal Circuit.

Feb. 8, 2001.

Before MICHEL and LINN, Circuit Judges, PLAGER, Senior Circuit Judge.

Order Recalled, See 4 Fed.Appx. 904.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.